E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LYNN HARADA [C.S.B.N. 267616]
Special Assistant United States Attorney
      Office of Program Litigation, Office 7
      Office of the General Counsel
      Social Security Administration
      160 Spear St., Suite 800
      San Francisco, CA  94105
      Telephone: 510-970-4820
      Facsimile: 415-744-0134
      e-mail: Lynn.Harada@ssa.gov
Attorneys for Defendant

JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ADELMAN, | ) Case No. 2:22-cv-04061-JGB-RAO |
|      Plaintiff, | ) |
| vs. | ) JUDGMENT OF REMAND |
| | ) |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
|      Defendant. | ) |

The Court, having approved the parties' Stipulation to Voluntary Remand

Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment

of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

above-captioned action is remanded to the Commissioner of Social Security for further

proceedings consistent with the Stipulation to Remand.

DATED: January 18, 2023

                HON. JESUS G. BERNAL
                UNITED STATES DISTRICT JUDGE